Kenneth OWENS, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

December 3, 1948

Roy Wilhoit for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, for opposed.

PER CURIAM.

Conviction of movant of possessing alcoholic beverages for the purpose of sale in dry territory with punishment of $100 fine and 60 days in jail in Ashland. Motion for appeal denied; judgment affirmed.

John CLARK, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

December 7, 1948.

Sandusky & Krueger for movant.

A. E. Funk, Attorney General opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Gordon MASSIE, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

Court of Appeals of Kentucky.

December 10, 1948.

P. H. Vincent for movant.

A. E. Funk, Attorney General, and Zeb. A. Stewart, Assistant Attorney General for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.